AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Jose Alberto Alvarado

APPEARANCE

CASE NUMBER: 1:05M 98A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jose Alvarado

I certify that I am admitted to practice in this court.

8-5-05
*Date*

*Signature*

John MacDonald — *Print Name*
5368 — *Bar Number*

One Turks Head Place Suite 1440
*Address*

Providence — *City*
RI — *State*
02903 — *Zip Code*

421-1440 — *Phone Number*
421-1442 — *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.