IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 88 T |
| | ) | |
| v. | ) | CR. NO. |
| | ) | In Violation of 18 U.S.C. |
| | ) | §§ 1542, 911 |
| JOSE ALBERTO ALVARADO; | ) | |
| a/k/a Jose A. Alvado; | ) | |
| a/k/a Ranciz Jose Bisbal; | ) | |
| a/k/a Goras | ) | |

**INDICTMENT**

The Grand Jury charges that:

COUNT I

(Passport Application Fraud)

1. On or about March 28, 2003, in the District of Rhode Island, the defendant, JOSE ALBERTO ALVARADO, a/k/a Jose A. Alvado, a/k/a Ranciz Jose Bisbal, and a/k/a Goras, willfully and knowingly made a false statement in an application for a United States passport with the intent to induce and secure for his own use, the issuance of a United States passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his name was Ranciz Jose Bisbal, which he knew to be false.

All in violation of 18 U.S.C. § 1542.

COUNT II

(False Claim of United States Citizenship)

2. On or about March 28, 2003, in the District of Rhode Island, the defendant, JOSE ALBERTO ALVARADO, a/k/a Jose A. Alvado, a/k/a Ranciz Jose Bisbal, and a/k/a Goras, falsely and willfully represented himself to be a citizen of the United States, that is, he falsely asserted on a United States passport application that he was a United States citizen named Ranciz Jose Bisbal.

All in violation of 18 U.S.C. § 911.

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
Criminal Chief

RICHARD W. ROSE
Assistant U.S. Attorney

Date: 8-10-05