**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-88T** **DATE: August 12, 2005**

**TITLE: USA v. Jose Alberto Alvarado**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Richard Rose, AUSA
John MacDonald, Esq.
Heather McLoughlin, Pretrial Services
Jose Kleinberg, Interpreter

**PROCEEDINGS:**

Arraignment:

Deft informed of charges & rights.
Deft understands charges & rights.
Court reads indictment.
Deft pleads not guilty.
Arraignment order entered.
No bail argument.
Deft remanded to custody.