AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

Jose Alvarado

CASE NUMBER: CR-05-88T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jose Alvarado

I certify that I am admitted to practice in this court.

8-12-05
*Date*

*Signature*

John MacDonald *Print Name* 5368 *Bar Number*

One Turks Head Suite 1440 *Address*

Providence *City* RI *State* 02903 *Zip Code*

401-421-1440 *Phone Number* 401-421-1442 *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.