**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-88T** **DATE: August 24, 2005**

**TITLE: USA v. JOSE ALVARADO**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Richard Rose, AUSA
John MacDonald, Esq.
Ronald Thompson, Esq.
Brian Pletcher, Pretrial Services
Sylvia Zetterstrand, Interpreter

**PROCEEDINGS:**

Defendant's Motion for Reconsideration of Bail

Attorneys argue.

**RULING:**

Court takes under advisement.
Order to follow by Court.