AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

USA
v.s.
Jose Alverado

## APPEARANCE

CASE NUMBER: 1:05 M 98A
CR05-88T

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for Jose Alverado

9/14/05
Date

[signature]
Signature

Ronald W. Thompson Jr. #4795
Print Name

1345 Warwick Ave
Address

Warwick RI 02888
City State Zip Code

401 463 1990
Phone Number