**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-88T** **DATE**: September 14, 2005
**TITLE OF CASE:** USA v. Jose Alberto Alvarado

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **Ana-Cecilia Rosado**
**PROBATION:** **N/A**

---

**COUNSEL PRESENT**

Government: Richard Rose, AUSA

Defendant: Ronald Thompson, Esq.

---

**PROCEEDINGS:** **Change of Plea Hearing**

All counsel of record present. Defendant present. Government summarizes charges, elements of proof, maximum potential penalties and terms of plea agreement. Defendant sworn. Court questions defendant. Government summarizes facts it would prove at trial. Court finds defendant competent and capable of entering an informed plea. Court finds that defendant’s plea is made voluntarily and made of defendant’s own free will. Court finds there is a factual basis for such plea. Court accepts defendant’s plea of guilty and finds him guilty as to count 1. Court defers acceptance of plea agreement as to other counts until sentencing. Sentencing set for Friday, December 16, 2005 at 10:15 a.m.